UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CV-01851-MA |
| Plaintiff, | WARRANT FOR ARREST AND SEIZURE OF PROPERTY |
| v. | |
| ONE GLOCK, MODEL 18, 9X19 CALIBER PISTOL, SERIAL NUMBER HGP567, *in rem*, | |
| Defendant. | |

TO: THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES OR OTHER AUTHORIZED OFFICERS

Based upon the Complaint *in rem* filed herein praying that process issue for the arrest of Defendant, *in rem*, **One Glock model 18, 9x19 caliber pistol**, serial number HGP567, and the Court being satisfied that based upon the verified Complaint filed in the above-entitled civil *in rem* forfeiture action that there is probable cause to believe that Defendant firearm, *in rem*, was involved in the unlawful making, or causing the making of, a false entry on any application, return, or record required by Chapter 53 of Title 26, knowing such entry to be false, in violation of 26 U.S.C. § 5861(l) and is forfeitable to the United States pursuant to the provisions of 26 U.S.C. § 5872(a).

You are hereby commanded to arrest and take into your possession until further order of the Court, Defendant, *in rem*, **One Glock model 18, 9x19 caliber pistol**, serial number HGP567.

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendant may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous. 18 U.S.C. § 983(h)(1) The claim must be filed not later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or <u>30 days</u> after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an answer to the complaint under Rule G(5)(b) within <u>21 days</u> after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, OR 97204. The claim and answer must be served upon Julia E. Jarrett, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, OR 97204.

///

///

///

///

Default and forfeiture may be ordered if these procedures are not followed. 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

DATED this 22 day of September 2016.

*Malcolm F. Marsh*
**MALCOLM F. MARSH**
United States District Judge