BILLY J. WILLIAMS, OSB #90136
United States Attorney
District of Oregon
JULIA E. JARRETT
Julia.Jarrett@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon   97204-2902
Telephone:   503-727-1000
Facsimile:   503-727-1117
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-CV-01851-MA |
| Plaintiff, | |
| v. | MOTION FOR ENTRY OF A DEFAULT JUDGMENT OF FORFEITURE |
| ONE GLOCK, MODEL 18, 9X19 CALIBER PISTOL, SERIAL NUMBER HGP567, *in rem*, | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney,

and Julia E. Jarrett, Assistant United States Attorney, pursuant to Rule 55, Fed. R.

Civ. P., and Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions, and the records and files in this action, moves this Court

for entry of a default judgment of forfeiture against defendant, *in rem*, ONE

GLOCK, MODEL 18, 9X19 CALIBER PISTOL, SERIAL NUMBER HGP567, and all persons claiming any right, title, or interest in or to this defendant for failure to plead, claim, answer, or otherwise defend this action after proper notice in this civil *in rem* forfeiture action was given by the United States of America.

This motion is supported by the Declaration of Assistant United States Attorney Julia E. Jarrett, filed herewith pursuant to Rule 55, Fed. R. Civ. P., and L.R. 1030.

Respectfully submitted this 7th day of March 2017.

**BILLY J. WILLIAMS**
United States Attorney


*s/ Julia Jarrett*
**JULIA E. JARRETT**
Assistant United States Attorney