UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cv-01851-MA |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT OF FORFEITURE |
| ONE GLOCK, MODEL 18, 9X19 CALIBER PISTOL, SERIAL NUMBER HGP567, *in rem*, | |
| Defendant. | |

Based upon the Government's Motion for Entry of a Default Judgment of Forfeiture,

IT IS ORDERED AND ADJUDGED that the Defendant, *in rem*, ONE GLOCK, MODEL 18, 9X19 CALIBER PISTOL, SERIAL NUMBER HGP567, and all persons claiming any right, title, or interest in or to this Defendant, are in default for want of claim, answer, or other response or pleading, and such default is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that based upon such default and the records in this action, this Court has subject matter jurisdiction and ONE GLOCK, MODEL

18, 9X19 CALIBER PISTOL, SERIAL NUMBER HGP567, *in rem*, is condemned and forfeited to the United States of America, free and clear of the claims of any and all persons or entities, including, Jonathan Purtzer, Alex Neuman, and TD Pro Tech Inc., dba Guns R Us, claiming any right, title, or interest in or to the Defendant firearm. The Bureau of Alcohol, Tobacco, Firearms and Explosives, is directed to immediately transfer the custody and possession of the GLOCK, MODEL 18, 9X19 CALIBER PISTOL, SERIAL NUMBER HGP567, *in rem*, to the Attorney General for disposition in accordance with applicable statutes and regulations and provisions of this Judgment.

The parties shall each bear their own costs and attorney's fees incurred in prosecuting and defending this action.

DATED this 23rd day of March 2017.

/s/ Malcolm F. Marsh
**MALCOLM F. MARSH**
United States District Judge

Submitted by:

**BILLY J. WILLIAMS, OSB #90136**
United States Attorney

*s/Julia Jarrett*
**JULIA E. JARRETT**
Assistant United States Attorney